# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

JERILEE BATISTA,

V.                                   SUMMONS IN A CIVIL CASE

PB CAPITAL GROUP, LLC,

CASE NUMBER: 3:15-CV-01796-MPS

TO: PB Capital Group, LLC
Defendant's Address:

c/o CSC
50 Weston St.
Hartford, CT.

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan G. Cohen
2 Congress Street
Hartford, CT 06114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ -- B. Grady
_____
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2015-12-07 13:39:42.0, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PB CAPITAL GROUP, LLC**
was received by me on *(date)* **12/15/15** **c/o CSC, 50 WESTON ST. HARTFORD, CT**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CHRISTINA ROSE - PROCESS CLERK**, who is
designated by law to accept service of process on behalf of *(name of organization)* **PB CAPITAL GROUP, LLC**
on *(date)* **12/17/15   9:05AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **65** 0.00

I declare under penalty of perjury that this information is true.

Date: **12/17/15**

_____
Servers signature

**KEVIN KOHLER - PROCESS SERVER**
Printed name and title

**PO BOX 869102**
**MILTON, MA 02186**
Servers address

Additional information regarding attempted service, etc: