UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JERILEE BATISTA, ) Plaintiff, ) ) v. ) P & B CAPITAL GROUP, LLC ) ) Defendant. ) | Case No. 3:15-cv-1796 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JERILEE BATISTA ("Plaintiff"), and Defendant, P & B CAPITAL GROUP, LLC, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Respectfully submitted,

Dated: March 6, 2017

By: /s/Jonathan Cohen
    Jonathan G. Cohen, Esquire
    2 Congress St., Hartford, CT 06114
    Tel: 860-527-8900
    Fax: 860-527-8901
    CT Juris #: 410275
    jgcohen@yahoo.com
    Attorney for Plaintiff

By: [signature]
    Christopher Lestak, Esquire
    69 Delaware Ave., Ste. 1102
    Buffalo, NY 14202
    Tel: 716-863-9730
    lestaklaw@gmail.com
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System. A copy of said Stipulation was electronically submitted to all parties by the Court's CM/ECF system.

                                                  /s/ Jonathan Cohen
                                                  Jonathan Cohen